UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Walter Sins and Dale & Mary Van Blair

Case No. 04-262

v.

Janus Capital Management LLC

Judge Honorable David R. Herndon

NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following documents    Complaint and Exhibits

This document has not been filed electronically because:

9    The document or item cannot be converted to an electronic format

X    The electronic file size of the documents exceed 20 pages
        (*Electronic Filing Rule 5*)

9    The document or item is filed under seal
        (*Electronic Filing Rule 6*)

9    is excused from filing this document or item by court           order.

9    Other

The document or item has been manually served on all parties.

Regards,

NORBERT G. JAWORSKI, Clerk

By:    /s/ Jackie Payton
           Deputy Clerk